PER CURIAM.
Affirmed. See Gordon v. Gordon, 59 So.2d 40 (Fla.), cert. denied, 344 U.S. 878, 73 S.Ct. 165, 97 L.Ed. 680 (1952); Thomson v. Petherbridge, 472 So.2d 773, 775 (Fla. 1st DCA 1985); Pumo v. Pumo, 405 So.2d 224, 226 (Fla. 3d DCA), review denied, 412 So.2d 469 (Fla.1981); State Road Dep’t v. Lewis, 156 So.2d 862 (Fla. 1st DCA 1963), aff'd in part, rev’d in part, 170 So.2d 817 (Fla.1964).